IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **ELIZABETH CLEMENTE CEBALLOS,** § <br> Petitioner, § <br> § <br> v.  § <br> § <br> **ANGEL GARITE**, *in his official capacity* § <br> *as Assistant Field Office Director of* § <br> *Enforcement and Removal Operations, El* § <br> *Paso Field Office, U.S. Immigration and* § <br> *Customs Enforcement, et al.*, § <br> **Respondents.** § | EP-26-CV-00312-DB |

## ORDER

On this day, the Court considered the above-captioned case. On February 17, 2026, Respondents filed "Respondents' Status Report," ECF No. 7, advising the Court the Immigration Judge granted Petitioner's bond request and set a bond of $2,500. ECF No. 7 at 1.

Accordingly, **IT IS HEREBY ORDERED** the parties **SHALL CONFER AND FILE** a notice informing the Court whether any matters remain to be resolved in this case by **no later than February 25, 2026.**

**SIGNED** this **18th** day of **February 2026**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE