**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ELIZABETH CLEMENTE CEBALLOS,**<br>**Petitioner,** | §<br>§<br>§ | |
| **v.** | § | **EP-26-CV-00312-DB** |
| **ANGEL GARITE**, *in his official capacity as Assistant Field Office Director of Enforcement and Removal Operations, El Paso Field Office, U.S. Immigration and Customs Enforcement, et al.*,<br>**Respondents.** | §<br>§<br>§<br>§<br>§<br>§<br>§ | |

**ORDER**

On this day, the Court considered the above-captioned case. On February 26, 2026, Petitioner filed a "Notice of Violation of Order and Motion to Enforce," ECF No. 10. Therein, Petitioner advises that, following her release from immigration detention, Respondents placed an ankle monitor on her and retained her Mexican passport. ECF No. 10 at 1–2. Petitioner alleges that Respondents' actions constitute a restraint upon her liberty and a violation of this Court's Order, ECF No. 6. *Id.* Before the Court will consider the merits of the Motion, a status update is required.

Accordingly, **IT IS HEREBY ORDERED** Petitioner **SHALL FILE** a status update **no later than August 26, 2026**, advising the Court as to whether Petitioner's ankle monitor condition remains in place and whether her Mexican passport remains in Respondents' custody.

**SIGNED** this **20th** day of **August 2026**.

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**