**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ELIZABETH CLEMENTE CEBALLOS,** **Petitioner,** | § § § | |
| **v.** | § | **EP-26-CV-00312-DB** |
| **ANGEL GARITE**, *in his official capacity as Assistant Field Office Director of Enforcement and Removal Operations, El Paso Field Office, U.S. Immigration and Customs Enforcement, et al.*, **Respondents.** | § § § § § § § § | |

**ORDER**

On this day, the Court considered the above-captioned case. On February 26, 2026, Petitioner filed a "Notice of Violation of Order and Motion to Enforce" ("Motion"), ECF No. 10. Therein, Petitioner advises that, following her release from immigration detention, Respondents retained her Mexican passport in violation of this Court's Order, ECF No. 6. ECF No. 10 at 3. In response, Respondents aver Petitioner's motion is without merit as Immigration and Customs Enforcement ("ICE") confiscated Petitioner's Mexican passport pursuant to ICE policy to facilitate her removal in the event an immigration judge orders Petitioner removed. ECF No. 13-1 at 3; *see also* ECF No. 17. After due consideration, the Court finds Petitioner's Motion should be denied.[1]

[1] It is important to note that Petitioner's Motion also challenged Respondents' decision to retain her Minnesota identification card and to require her to wear an ankle monitor. *See* ECF No. 10 at 2–3. However, on March 6, 2026, Respondents advised Petitioner's Minnesota identification card was returned. ECF No. 13 at 2. Additionally, on August 24, 2026, Petitioner informed the Court her ankle monitor had been removed. ECF No. 15 at 1. Were this not the case, a different outcome may have been warranted.

Accordingly, **IT IS HEREBY ORDERED** Petitioner's "Notice of Violation of Order and Motion to Enforce," ECF No. 10, is **DENIED**.

**SIGNED** this **31st** day of **August 2026**.

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**