**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ELIZABETH CLEMENTE CEBALLOS,**<br>**Petitioner,**<br><br>**v.**<br><br>**ANGEL GARITE**, *in his official capacity as Assistant Field Office Director of Enforcement and Removal Operations, El Paso Field Office, U.S. Immigration and Customs Enforcement, et al.*,<br>**Respondents.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **EP-26-CV-00312-DB** |

**FINAL JUDGMENT**

On this day, the Court considered the above-captioned case. On February 10, 2026, this Court issued an "Order," ECF No. 6, granting in part Petitioner Elizabeth Clemente Ceballos' "Verified Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 or Order to Show Cause Within 3 Days," ECF No. 1. Thereafter, the Court directed the parties to file a joint notice advising the Court of any outstanding issues by February 25, 2026. *See* ECF No. 8. On February 26, 2026, Petitioner filed a "Notice of Violation of Order and Motion to Enforce," ECF No. 10, which the Court denied. *See* ECF No. 18. Because it appears no live issues remain, the Court enters final judgment in accordance with Federal Rule of Civil Procedure 58.[1]

Accordingly, **IT IS HEREBY ORDERED** the District Clerk **SHALL CLOSE** this case.

**SIGNED** this **31st** day of **August 2026**.

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**

[1] Should Petitioner later determine issues remain for consideration, Petitioner may file a motion to reopen the case.